

# Fourth Court of Appeals
## San Antonio, Texas

April 22, 2015

No. 04-14-00596-CV

**IN THE MATTER OF T.L.R.,**

From the 436th District Court, Bexar County, Texas
Trial Court No. 2014JUV00182
The Honorable Lisa Jarrett, Judge Presiding

## O R D E R

The Motion for Extension of Time to file Appellee's Brief is hereby GRANTED. Appellee's brief is due May 5, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of April, 2015.

_____
Keith E. Hottle
Clerk of Court